IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 06-725 (JP) |
| | : | |
| PAYMENT PROCESSING CENTER, | : | |
| LLC, AND DONALD M. HELLINGER, | : | |
| MICHAEL WEISBERG, RANDY | : | |
| D. TROST, JAMI M. PEARLMAN, | : | |
| MICHELLE O'KEEFE QUIGLEY, | : | |
| RONALD HELLINGER, AND | : | |
| ROBERT DEBOYACE, | : | |
| | : | |
| Defendants. | : | |

DEFENDANTS' MOTIONS TO DISMISS PURSUANT
TO FED. R. CIV. P. 12(b)(7) AND 9(b), DISSOLVE
THE RESTRAINING ORDER, DENY PLAINTIFFS' PRELIMINARY
INJUNCTION REQUEST OR, ALTERNATIVELY, TO ENTER DEFENDANTS'
PRELIMINARY INJUNCTION AND FOR A STAY OF DISCOVERY

Defendants, Payment Processing Center, LLC ("PPC"), Donald M. Hellinger, Michael Weisberg, Randy D. Trost, Jami M. Pearlman, Michelle O'Keefe Quigley, Ronald Hellinger, and Robert DeBoyace (collectively the "defendants"), by undersigned counsel, hereby respectfully move this Court for an Order dismissing Plaintiff's Verified Complaint ("Complaint") for failure to join indispensable parties, pursuant to Fed. R. Civ. P. 12(b)(7), or for failure to plead fraud with specificity as required by Fed. R. Civ. P. 9(b), an Order dissolving the Amended Temporary Restraining Order entered on February 21, 2006 and denying Plaintiff's preliminary injunction request.

Alternatively, the defendants move this Court to enter a preliminary injunction, attached hereto, designed to maintain the status quo, ensure no current or future violation of law, and freezing only certain assets.

Defendants also seek a stay of discovery pending the disposition of their motions to dismiss.

In support aver the following:

1. The Complaint alleges that PPC conducted business with telemarketers that were engaged in alleged fraudulent activity.

2. The Complaint does not name any of these telemarketers as a defendant to this action.

3. The telemarketers are indispensable parties to this action.

4. The Complaint must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(7) for failure to join an indispensable party. Alternatively, the Plaintiff must join these telemarketers as defendants in this action.

5. The Complaint seeks relief under 18 U.S.C. § 1345 based upon defendants' alleged violations of the mail and wire fraud statutes, 18 U.S.C. §§ 1341 and 1343 respectively.

6. Federal Rule of Civil Procedure 9(b) requires that in all averments of fraud, the circumstances constituting fraud shall be stated with particularity.

7. The Complaint contains a multitude of vague and conclusory allegations concerning defendants' violation of the mail and wire fraud statutes.

8. The Complaint must be dismissed pursuant to Federal Rule of Civil Procedure 9(b). Alternatively, the Plaintiff should amend its complaint to comply with Rule 9(b).

9. The Temporary Restraining Order entered on February 21, 2006 is overly broad and should be dismissed under Federal Rule of Civil Procedure 65(b).

10. Similarly, the Plaintiff cannot meet its burden that is entitled to the preliminary injunction it requested under 18 U.S.C. § 1345.

11. The preliminary injunction requested by the Plaintiff is overly broad and not supported by law and should not be entered. Alternatively, the defendants propose a preliminary injunction designed to maintain the status quo, ensure no current or future violation of law, and freezing only certain assets.

12. Discovery in this matter should be stayed pending resolution of defendants' motions to dismiss.

WHEREFORE, defendants respectfully requests that this Court enter an Order:

1. dismissing Plaintiff's Complaint for failure to join indispensable parties, pursuant to Fed. R. Civ. P. 12(b)(7), or alternatively, requiring the Plaintiff to join the telemarketers as

defendants;

2. dismissing the Complaint without prejudice for failure to plead fraud with specificity as required by Fed. R. Civ. P. 9(b), or alternatively, requiring Plaintiff to file an Amended Complaint in compliance with Fed. R. Civ. P. 9(b);

5. dissolving the February 21, 2006 Temporary Restraining Order;

6. denying the preliminary injunction requested by Plaintiff, or alternatively, entering the preliminary injunction proposed by defendants; and

7. staying discovery pending the disposition of defendants' motions to dismiss.

Dated: March 14, 2006

_____
Andrew B. Lustigman, Esquire
The Lustigman Firm, P.C.
149 Madison Avenue, Suite 805
New York, NY 10016
(212) 683-9180

Attorney for Defendant Payment Processing Center, LLC


_____
Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393
Phone: (215) 665-1540
Fax:   (215) 665-1536

Attorneys for Defendant,
Payment Processing Center, LLC

_____
Marc Durant, Esquire
Durant & Durant
326 Chestnut Street, Suite 1116
Philadelphia, PA 19106
(215) 592-1818

Attorney for Defendant, Donald Hellinger and Relief Defendant, Ronald Hellinger

_____
Stephen Robert Lacheen & Associates
1429 Walnut Street, Suite 1301
Philadelphia, PA 19102-3933
(215) 735-5900

Attorney for Defendant, Michael Weisberg

_____
Jack Meyerson, Esquire
Peter A. Greiner, Esquire
Meyerson & O'Neill
1700 Market Street, Suite 3025
Philadelphia, PA 19103
(215) 972-1376

Attorney for Relief Defendant, Robert DeBoyace

_____
Peter J. Scuderi, Esquire
1420 Walnut Street
Suite 1000
Philadelphia, PA 19102
(215) 546-5650

Attorney for Defendant, Randy Trost

                                                                         _____  
Peter F. Vaira, Esquire  
Jack L. Gruenstein, Esquire  
Vaira & Riley, P.C.  
1600 Market Street, Suite 2650  
Philadelphia, PA 19103  
(215) 751-2700  

Attorney for Relief Defendant, Jami Pearlman


                        _____  
Gino J. Benedetti, Esquire  
Alexandra C. Gaugler, Esquire  
Miller, Alfano & Raspanti, P.C.  
Attorney I.D. Nos. 59584, 82693  
Signature Codes: GJB320, ACG6354  
1818 Market Street  
Suite 3402  
Philadelphia, PA 19103  
(215) 972-6400  

Attorneys for Relief Defendant, Michele Quigley