IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PAYMENT PROCESSING CENTER, LLC et al. | : | NO. 06-0725 |

**O R D E R**

**AND NOW,** this 22nd day of June, 2006, upon consideration of Defendants' Motion to Dismiss (Docket No. 36), and the status conference held on this date, **IT IS HEREBY ORDERED** that said Motion is **DISMISSED** without prejudice. **IT IS FURTHER ORDERED** that the Government shall have ten days to file an Amended Complaint and Defendants shall have twenty days thereafter to file an Answer or otherwise plead to such Amended Complaint.

BY THE COURT:


/s/ John R. Padova
John R. Padova, J.