IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| PAYMENT PROCESSING CENTER, LLC, | : | NO. 06-00725 |
| ET AL. | : | |
| Defendant(s) | : | |

## **ORDER**

AND NOW, on this 18th day of July 2006, pursuant to government's Motion for Appointment of Temporary Receiver for Payment Processing Center, LLC (docket entry #161), a hearing is scheduled for 9:30 A.M., on August 2, 2006, in Courtroom 3G.  PPC shall file a reply no later than July 26, 2006.

BY THE COURT:


\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE