IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| PAYMENT PROCESSING CENTER, LLC, et al., | : | NO. 06-00725 |
| | : | |
|     Defendants | : | |

## ORDER

**TIMOTHY R. RICE**
**U.S. MAGISTRATE JUDGE**

AND NOW, this 11th day of October, 2006, upon consideration of plaintiff's motion for appointment of a temporary receiver (Document No. 161) and defendants' response, and following an evidentiary hearing and oral argument, it is hereby ORDERED that plaintiff's motion is denied based on the findings of fact and conclusions of law stated in open court.

It is further ORDERED that the monitor designated in the Stipulated Preliminary Injunction, Nihill & Riedley, P.C., is granted expanded authority to: (1) identify and preserve Payment Processing Center, LLC's ("PPC") assets; (2) process all customer refunds; (3) obtain full and complete access to PPC's records; and (4) modify, subject to Court approval, PPC's proposed monthly operating budget during the pendency of the Stipulated Preliminary Injunction.

BY THE COURT:

\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE