IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CIVIL ACTION NO. 06-725 |
| : | |
| PAYMENT PROCESSING CENTER, : | |
| LLC, ET AL : | |

## ORDER

AND NOW, this 1st day of March, 2007, IT IS HEREBY ORDERED that the Receiver shall submit periodic reports to Magistrate Judge Rice as he directs.

BY THE COURT

S/John R. Padova

_____

John R. Padova        J.